# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

William L. Herold           :

                             :

       v.                 :

                             :

University of Pittsburgh - of      :
Commonwealth System of       :
Higher Education            :
and 3M Company; Abb Motors   :
and Mechanical, Inc. f/k/a Baldor  :
Electric Company; Allied Glove   :
Corporation; A.O. Smith Corporation; :
Armstrong International, Inc.; Aurora :
Pump Company; Baltimore Aircoil  :
Company, Inc.; Beazer East, Inc.   :
Individually and as Successor to   :
Koppers Company, Inc., and     :
Successor-in Interest to Thiem    :
Corporation and Universal      :
Refractories Company; BMI      :
Refractor Services Inc.; Individually :
and as Successor-in-Interest to    :
Premier Refractories, Inc., f/k/a   :
Adience, Inc., Successor-in-Interest :
to Adience Company, LP, as     :
Successor to BMI, Inc.;       :
Burnham Boiler Corporation    :
n/d/b/a Burnham Commercial;    :
Bryan Steam, LLC; Carrier      :
Corporation; CBS Corporation, a  :
Delaware Corporation, f/k/a Viacom :
Inc. Successor by Merger to CBS  :
Corporation, a Pennsylvania    :
Corporation, f/k/a Westinghouse  :
Electric Corporation and Westinghouse :
Air Brake Company; Cleaver Brooks, :
Inc., f/k/a Aqua-Chem, Inc. d/b/a  :
Cleaver Brooks Division; Crane Co.; :
Delval Equipment Corporation,   :

Dezurik, Inc.; Donald McKay Smith, Inc.; Dunham-Bush, Inc.; E.E. Zimmerman Company; Eaton Corporation in its own right and as successor to Cutler-Hammer, Incorporated; Eichleay Corporation; Ferro Engineering division of on Marine Services Company, LLC, f/k/a Oglebay Norton Company; Flowserve; US, Inc., Individually and as Successor to Byron Jackson Pumps, FlowserveGestra, Durametallic Corp., Aldrich Pumps; Cameron Pumps; Vogt Valves; Wilson-Synder Centrifugal Pump; and Rockwell Valves; FMC Corporation, Individually and as Successor-in-Interest to Peerless Pump Company, Sterling Fluid System, Inc. and former subsidiary Crosby Valve, Inc.; Foseco, Inc.; Foster Wheeler Corporation; Gardner Denver, Inc.; General Electric Company; Grinnell LLC; Goulds Pumps, LLC; Goulds Pumps, LLC; Grinnell LLC; Goulds Pumps, LLC; I.U. North America, Inc.; America, Inc. as Successor-by-merger to the Garp Company, f/k/a The Gage Company, f/k/a Pittsburg Gage and Supply Company; IMO Industries, Inc., f/k/a Transamerican DeLaval, Inc., f/k/a DeLaval Turbin, Inc. DeLaval Turbin, Inc., DeLaval Turbin, Inc., DeValco Corporation; Ingersoll-Rand Company; Insul Company, Inc.; ITT Industries, Individually and as Successor-in Interest to Bell & Gossett Domestic Pump; J.H. France

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Refractories Company; Kruman Equipment Company; Mallinckrodt US LLC, in its own right and as Successor-in-interest to Imcera Group, Inc., and International Group, Inc., and International Minerals and Chemical Corporation, and as Successor-in-Interest to E.J. Lavino; Mine Safety Appliances Company, LLC as Successor-in-Interest by Merger with Mine Safety Appliances Company; Minnotte Contracting Corporation; M.S. Jacobs & Associates, Inc.; Nagle Pumps, Inc. Peerless Industries, Inc.; Power Piping Company; Riley Power Inc.; Safety First Industries, Inc., in its own right and as Successor-in-Interest to Safety-First Supply, Inc.; Schneider Electric USA, Inc. f/k/a Square D Company, in its own right and as successor to The Electric Controller and Manufacturing (EC&M); Spirax Sarco, Inc.; SPX Cooling Technologies, Inc., f/k/a Marley Cooling Technologies Inc., f/k/a The Marley Cooling Company; TACO, Inc. f/k/a Taco Heaters, Inc.; The Goodyear Tire & Rubber Company; The Gordon-Rupp Company; The H.B. Smith Company, Inc.; Trane U.S. Inc., Successor-by-Merger to American Standard, Inc., Union Carbride Corporation; United States Steel Corporation;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Warren Pumps LLC; Weil-         :
McLain Company, Inc.; York      :
International Corporation;       :
and Zurn Industries, LLC        :
f/k/a Zurn Industries, Inc.     :
a/k/a Erie City Iron Works      :

Appeal of: University of        :          No. 998 C.D. 2021
Pittsburgh - of the             :
Commonwealth System            :
of Higher Education             :


**PER CURIAM**                    **ORDER**

NOW, April 11, 2023, having considered Appellant's application for

reargument and Appellees' answer in response thereto, the application is DENIED.